[No. 23379-7-II.    Division Two.    January 7, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT REED, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 92-1-02471-5, Vicki L. Hogan, J., entered May 19, 1998. *Affirmed in part* and *reversed in part* by unpublished opinion per Morgan, J., concurred in by Bridgewater, C.J., and Houghton, J.

[No. 23393-2-II.    Division Two.    January 7, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANCISCO LEGUIZAMO AGUILAR, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 94-1-00155-7, Kenneth D. Williams, J., entered May 29, 1998. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong, A.C.J., and Seinfeld, J.

[No. 23586-2-II.    Division Two.    January 7, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. REUBEN JOSEPH BUELNA, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 98-1-00811-3, Robert L. Harris, J., entered July 24, 1998. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater, C.J., and Armstrong, J.

[No. 23609-5-II.    Division Two.    January 7, 2000.]

BARBARA J. MCDONALD, ET AL., *Appellants*, v. SANDY CHRISTIAN, ET AL., *Defendants*, EAST END CRUISERS ASSOCIATION, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-2-13570-0, Terry D. Sebring, J., entered July 17, 1998. *Affirmed* by unpublished opinion per Armstrong, A.C.J., concurred in by Morgan and Houghton, JJ.